

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2013

No. 04-13-00454-CV and 04-13-00455-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013MH1871 and 2013MH1959
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is deemed filed as of October 10, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court